IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | Date: | March 6, 2018 |
| vs. | Case No.: | 13-4052-CR-C-BCW-2 |
| **MATTHEW ASHBY HAWKINS** | | |

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced: 10:07 am – 10:43 am; 11:24 am – 11:34 am; 11:40 am – 11:44 am**

## APPEARANCES

| | |
|---|---|
| **Plaintiff's counsel:** | Michael Oliver, AUSA |
| **Defendant's counsel:** | Ross Mutrux |
| **Probation officer:** | Sam Casey |

**PROCEEDINGS IN COURTROOM:** Above parties present. Court accepts plea of guilty and adjudication of guilt. There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution. Court grants motion.

**SENTENCE:** Defendant sentenced to the custody of BOP for 24 months on count 1 of the second superseding indictment; followed by 2 years supervised release on count 1 of the superseding indictment. Standard/Additional Conditions of Supervision imposed. All remaining counts dismissed by motion of the government. FINE: waived; SPECIAL ASSESSMENT: $100; RESTITUTION: n/a. Defendant advised of right to appeal. Defendant ordered to self-surrender in 62 days on 05/07/2018 on or before 2:00 pm.

| | |
|---|---|
| **Court Reporter:** | Jean Crawford |
| **Courtroom Deputy:** | T. Lock |